Eastern District of Kentucky
FILED

JUL 20 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL NO. 07-14-DLB-1**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

vs.

ABDUL NASER AL-SWEITY                                                                              DEFENDANT

### ORDER

On April 11, 2007 a Report and Recommendation was entered by Magistrate Judge J. Gregory Wehrman addressing the defendant's plea of guilty and there having been no objections filed to the Report and Recommendation, and the Court having conducted its own oral dialogue with the defendant, accordingly;

**IT IS ORDERED** that the Report and Recommendation is **adopted** and the defendant is adjudged guilty to his plea.

This 20th day of July, 2007.

_____
DAVID L. BUNNING, JUDGE